UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:24-cr-49-JA-DCI

SERGEY VITALIEVICH KURCHENKO,
   a/k/a Serhiy Vitaliiovych Kurchenko,
   a/k/a Serhiy Vitaliyovich Kurchenko,

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney Jennifer M. Harrington, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Chauncey A. Bratt, on behalf of the Government.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:    *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Jennifer.Harrington2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
